```
TODD TRIERWEILER – OSB #85348
Todd Trierweiler & Associates
Attorneys at Law
4721 N.E. 102nd Avenue
Portland, Oregon  97220
Phone:  503/253-7777
Fax:  503/253-2959

Attorney for Debtor
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: ) | |
| ) | **Case No. 19-34411-pcm13** |
| **CAROLE MARY DECOURCEY,** ) | |
| ) | **MOTION TO VACATE ORDER** |
| ) | **GRANTING RELIEF FROM STAY** |
| ) | |
| Debtor. ) | |

Debtor, pursuant to Bankruptcy Rule 9024, Federal Rule of Civil Procedure 60(b), and applicable decisional law, moves for an order vacating this Court's prior Order of February 14, 2022, which granted U.S. Bank Trust National Association, et al. (hereafter "Lender") relief from the automatic stay.

BACKGROUND AND MATERIAL FACTS

Debtor filed this Chapter 13 case on December 2, 2019.  At the time she filed the case, Debtor was in arrears on her mortgage in the approximate amount of $226,878.  Being unable to cure these arrears through Plan payments, a provision was included in the debtor's Plan to sell or refinance her residence no later than January 31, 2023, and pay all secured creditors in

**Page 1 of 5 – MOTION TO VACATE ORDER GRANTING RELIEF FROM STAY**

Todd Trierweiler & Associates – Attorneys at Law
4721 N.E. 102nd Avenue
Portland, Oregon  97220
Phone:  503/253-7777  -  Fax:  503/253-2959

Case 19-34411-pcm13    Doc 72    Filed 03/12/22

full from the sales proceeds.  In addition, the Order Confirming Plan added a provision to the Plan that, upon the filing with the Court of a Statement of Failure to Comply, the Lender would be granted relief from stay as to the debtor's residence should Debtor fail to make post-petition mortgage payments after a thirty-day notice to Debtor and Debtor's attorney with an opportunity to cure.

On or about January 3, 2022, Debtor's attorney received a notice of default dated December 30, 2021, from the Lender's attorney, ZBS Law, LLP.  (See attached Exhibit A.)  This notice stated that the debtor was in arrears $10,221.33 in post-filing mortgage payments. The notice gave the Debtor ten days from the date of the notice to cure the default.  Despite being listed on the notice as having been copied on the letter, the debtor never received this notice in the mail.

On January 4, 2022, Debtor's attorney emailed the managing attorney of ZBS Law, LLP informing her that the deadline to cure given in the notice of default did not follow the Plan provision added by the Order Confirming Plan.  Debtor's attorney requested that Lender's attorney issue a new Notice.  Debtor's attorney also inquired of Lender's attorney in the same email whether Lender would be willing to allow Debtor to cure the default by adding the post-petition arrears into Debtor's Chapter 13 Plan. Lender's attorney replied on January 4, 2022:  "Yes, we should be able to issue a new notice. Let me look into it. I will ask about your settlement suggestion."

**Page 2 of 5 – MOTION TO VACATE ORDER GRANTING RELIEF FROM STAY**

Todd Trierweiler & Associates – Attorneys at Law
4721 N.E. 102nd Avenue
Portland, Oregon  97220
Phone:  503/253-7777    Fax:  503/253-2959

Case 19-34411-pcm13    Doc 72    Filed 03/12/22

Not having received a new notice, Debtor's attorney emailed Lender's attorney on January 11, 2022, asking Lender's attorney to confirm that they would not be acting on the notice dated December 30, 2021. Lender's attorney replied, "Correct. We have sent out the corrected letter and that is the one we will be acting on." A copy of the corrected notice was not provided.

January 12, 2022, Debtor's attorney emailed Lender's attorney requesting a ledger for the account and asking for an update regarding the proposed cure arrangement.

Neither the debtor nor the debtor's attorney received a new notice of default in the mail from Lender's attorney's office. Yet, on February 11, 2022, the firm representing Lender filed a Declaration stating that a Notice of Default was mailed to Debtor's attorney and to the Debtor on January 5, 2022. February 14, 2022, the Court granted Lender relief from stay.

February 15, 2022, in an email to Lender's attorney, Debtor's attorney stated that neither Debtor's attorney nor the debtor had received a copy of the new notice that was attached to the February 11, 2022 Declaration. As receiving mail from ZBS Law, LLP had been a recurring issue, Debtor's attorney requested that Lender's attorney vacate the Order Granting Relief. Lender's attorney replied via email with a copy of the notice that was purportedly sent on January 5, 2022 to Debtor and Debtor's attorney. (See Exhibit B.) In addition, Lender's attorney indicated that Lender was not open to the proposed settlement of adding the post-petition default into Debtor's Plan, nor allowing for an additional monthly cure payment.

**Page 3 of 5 – MOTION TO VACATE ORDER GRANTING RELIEF FROM STAY**

Todd Trierweiler & Associates – Attorneys at Law
4721 N.E. 102nd Avenue
Portland, Oregon 97220
Phone: 503/253-7777 · Fax: 503/253-2959

Case 19-34411-pcm13    Doc 72    Filed 03/12/22

Lender's attorney also provided the ledger that was requested on January 12, 2022. This was the first response regarding Debtor's cure proposal.

Debtor was able to procure the funds to bring the post-filing mortgage arrears current. Debtor has indicated to her attorneys that, had she received the second notice of default and had she known the deadline in which to cure, she would have been able to make full payment by the deadline.

RELIEF SOUGHT

Federal Rule of Civil Procedure 60(b) allows the Court to relieve a party from a final order due to (among other reasons) surprise, that the order is no longer equitable, and any other reason that justifies relief. Debtor requests that the Court vacate the Order entered February 14, 2022, which granted relief from the automatic stay to Lender. The filing of the Statement of Failure to Comply by Lender's attorney was a surprise to the Debtor, in that neither the Debtor nor the Debtor's attorney had received the revised notice of default letter, purported to be sent on January 5, 2022. The Order is no longer equitable, in that the Debtor has the funds to cure the post-filing arrears. (See Exhibit C.) In addition, relief is justified in that the property is Debtor's residence and is necessary for her effective reorganization. An equity cushion exists in the property to adequately protect Lender. Finally, Debtor will be listing the property for sale this month, which is ten months before the sale/refinance deadline provided in the confirmed Plan.

**Page 4 of 5 – MOTION TO VACATE ORDER GRANTING RELIEF FROM STAY**

Todd Trierweiler & Associates – Attorneys at Law
4721 N.E. 102nd Avenue
Portland, Oregon 97220
Phone: 503/253-7777   Fax: 503/253-2959

WHEREFORE, Debtor requests that the Court issue an Order vacating the Order granting relief to U.S. Bank Trust National Association, et al. dated February 14, 2022.

Respectfully submitted this 12th day of March, 2022.

/s/ Megan Rickert (136404) for Todd Trierweiler
Todd Trierweiler, OSB 85348
Attorney for Debtor

**Page 5 of 5 – MOTION TO VACATE ORDER GRANTING RELIEF FROM STAY**

Todd Trierweiler & Associates – Attorneys at Law
4721 N.E. 102nd Avenue
Portland, Oregon 97220
Phone: 503/253-7777 - Fax: 503/253-2959

Case 19-34411-pcm13    Doc 72    Filed 03/12/22

RECEIVED
JAN 03 2022
69892
PC 13



# ZBS LAW, LLP

December 30, 2021

**(SENT VIA U.S. REGULAR MAIL)**

Todd Trierweiler
4721 NE 102nd Ave
Portland, OR 97220

Re: Debtor(s)      : Carole Mary Decourcey
    BK Case No.   : 19-34411-pcm13
    Loan No.      : **** 9512
    Our File No.  : 18003791

Dear Mr. Trierweiler:

This letter shall serve as notice of default under the terms of the Order Confirming Plan entered in your client's case on September 10, 2020, as to our client, U.S. Bank Trust National Association, as Trustee of BKPL-EG Series N Trust. The total delinquent mortgage payments are as follows:

| | |
|---|---|
| 6 regular monthly payment(s) @ $1,673.25 ( 6/1/21 – 11/1/21) | $11,712.75 |
| Attorney Fees | $100.00 |
| Less funds held in suspense | ($1,591.42) |
| **Total arrears payments** | **$10,221.33** |

Please remit $10,221.33 to SN Servicing Corporation, P.O. Box 660820, Dallas, TX 75266-0820, within ten (10) days from the date of this Notice pursuant to the Stipulation for Adequate Protection. In the event your client fails to tender said funds with ten (10) days, our office will submit a declaration regarding the default along with an order for relief to the court.

Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact our office.

Very truly yours,
ZBS Law, LLP
/s/ Amber L. Labrecque, Esq.
Amber L. Labrecque, SBN 094593

*cc: Carole Mary Decourcey, 3240 SE Lewis CT, Troutdale, OR 97060*



January 5, 2022

**(SENT VIA U.S. REGULAR MAIL)**

Todd Trierweiler
4721 NE 102nd Ave
Portland, OR 97220

Re:     Debtor(s)     :     Carole Mary Decourcey
        BK Case No.     :     19-34411-pcm13
        Loan No.     :     **** 9512
        Our File No.     :     18003791

Dear Mr. Trierweiler:

       This letter shall serve as notice of default under the terms of the Order Confirming Plan entered in your client's case on September 10, 2020, as to our client, U.S. Bank Trust National Association, as Trustee of BKPL-EG Series N Trust. The total delinquent mortgage payments are as follows:

| | |
|---|---|
| 6 regular monthly payment(s) @ $1,673.25 ( 6/1/21 – 11/1/21) | $11,712.75 |
| Attorney Fees | $100.00 |
| Less funds held in suspense | ($1,591.42) |
| **Total arrears payments** | **$10,221.33** |

       Please remit $10,221.33 to SN Servicing Corporation, P.O. Box 660820, Dallas, TX 75266-0820, within thirty (30) days from the date of this Notice pursuant to the Stipulation for Adequate Protection. In the event your client fails to tender said funds with thirty (30) days, our office will submit a declaration regarding the default along with an order for relief to the court.

       Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact our office.

Very truly yours,
ZBS Law, LLP
/s/ Amber L. Labrecque, Esq.
Amber L. Labrecque, SBN 094593

*cc: Carole Mary Decourcey, 3240 SE Lewis CT, Troutdale, OR 97060*



Exhibit C - Page 1 of 2

Case 19-34411-pcm13    Doc 72    Filed 03/12/22



MEMO:

**CASHIER'S CHECK**  No. 4662522790

092-900 / 383

DATE: March 3, 2022

PAY  SEVEN THOUSAND TWO HUNDRED AND EIGHTY THREE DOLLARS AND 00 CENTS

CUSTOMER COPY

$ 7,283.00

TO THE ORDER OF:  U.S. BANK

**NON NEGOTIABLE**

_____
AUTHORIZED SIGNATURE

Location: 4662 Cherry Park Market Center
U.S. Bank, National Association
Minneapolis, MN 55480

HARLAND CLARKE  20745 (01/13)  10139249

---

**CASHIER'S CHECK**  No. 4662522790

092-900 / 383

DATE: March 3, 2022

PAY  SEVEN THOUSAND TWO HUNDRED AND EIGHTY THREE DOLLARS AND 00 CENTS

$ 7,283.00

TO THE ORDER OF:  U.S. BANK

MEMO:

Location: 4662 Cherry Park Market Center
U.S. Bank, National Association
Minneapolis, MN 55480

HEAT SENSITIVE

[signature]
AUTHORIZED SIGNATURE

⑆466252279⑆ ⑈091900383⑈ 159000235195⑈

Exhibit C - Page 2 of 2

Case 19-34411-pcm13    Doc 72    Filed 03/12/22

```
 1  TODD TRIERWEILER – OSB #85348
    Todd Trierweiler & Associates
 2  Attorneys at Law
    4721 N.E. 102nd Avenue
 3  Portland, Oregon  97220
    Phone:  503/253-7777
 4  Fax:  503/253-2959

 5  Attorney for Debtor

 6

 7

 8               IN THE UNITED STATES BANKRUPTCY COURT

 9                    FOR THE DISTRICT OF OREGON

10  In re:                      )
                                )    Case No. 19-34411-pcm13
11  CAROLE MARY DECOURCEY,      )
                                )    DECLARATION OF MEGAN RICKERT
12                              )    IN SUPPORT OF MOTION TO
                                )    VACATE ORDER GRANTING RELIEF
13                      Debtor. )    FROM STAY
```

14      I, Megan Rickert, hereby declare as follows:

15                                1.

16      I am an attorney at Todd Trierweiler & Associates and make

17  this *Declaration* in support of the *Motion to Vacate Order*

18  *Granting Relief from Stay.*

19                                2.

20      I am familiar with the procedure for processing mail at our

21  office.  All mail delivered comes to the desk of our

22  receptionist or, if our receptionist is out, to our office

23  manager.  Each piece of mail is stamped "Received" once removed

24  from the envelope and then is scanned into our computer system.

**Page 1 of 3 – DECLARATION OF MEGAN RICKERT IN SUPPORT OF MOTION TO VACATE ORDER GRANTING RELIEF FROM STAY**

Todd Trierweiler & Associates – Attorneys at Law
4721 N.E. 102nd Avenue
Portland, Oregon  97220
Phone: 503/253-7777   Fax: 503/253-2959

Case 19-34411-pcm13    Doc 72    Filed 03/12/22

Each scanned file is then linked to the appropriate client's file and routed to the handling attorney for review.

3.

January 3, 2022, a notice of default pertaining to this case dated December 30, 2021 and from ZBS Law, LLP was received at our office and routed to me for review. After review, I contacted the managing attorney at ZBS Law, LLP, Amber Labrecque, regarding an improper cure deadline given in the notice. Ms. Labrecque agreed to send a revised notice to our office and to the debtor with the proper cure deadline.

4.

January 11, 2022, having not received a new notice, I emailed Ms. Labrecque to confirm that ZBS Law, LLP would not be acting on the previous notice dated December 30, 2021. Ms. Labrecque indicated that a new notice had been sent out.

5.

January 12, 2022, I emailed Ms. Labrecque requesting a ledger for the debtor's mortgage account to review the accuracy of the claimed delinquency. I also inquired about cure arrangements.

6.

Our office never received a revised notice of default.

///

///

**Page 2 of 3 – DECLARATION OF MEGAN RICKERT IN SUPPORT OF MOTION TO VACATE ORDER GRANTING RELIEF FROM STAY**

Todd Trierweiler & Associates – Attorneys at Law
4721 N.E. 102nd Avenue
Portland, Oregon 97220
Phone: 503/253-7777 - Fax: 503/253-2959

7.

The first time I saw the revised notice of default, dated January 5, 2022, was when I received the electronic service of the Declaration of Angela K. Viale re: Non-cure of Breach of Order Granting Adequate Protection via ECF on February 14, 2022.

8.

I did not receive any correspondence from Ms. Labrecque nor her office regarding my request for the mortgage ledger, nor my inquiry regarding cure arrangements until after the Order Granting Relief from Stay was entered in this case.

9.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted this 12th day of March, 2022.

<u>/s/ Megan Rickert</u>
Attorney

**Page 3 of 3 – DECLARATION OF MEGAN RICKERT IN SUPPORT OF MOTION TO VACATE ORDER GRANTING RELIEF FROM STAY**

Todd Trierweiler & Associates – Attorneys at Law
4721 N.E. 102nd Avenue
Portland, Oregon 97220
Phone: 503/253-7777 · Fax: 503/253-2959

Case 19-34411-pcm13    Doc 72    Filed 03/12/22

DocuSign Envelope ID: CD6ADC83-E349-41F6-A19F-DFE7CED3684F

```
 1  TODD TRIERWEILER - OSB #85348
    Todd Trierweiler & Associates
 2  Attorneys at Law
    4721 N.E. 102nd Avenue
 3  Portland, Oregon  97220
    Phone:  503/253-7777
 4  Fax:  503/253-2959

 5  Attorney for Debtor
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: | ) | |
|---|---|---|
| | ) | **Case No. 19-34411-pcm13** |
| **CAROLE MARY DECOURCEY,** | ) | |
| | ) | **DECLARATION OF** |
| | ) | **CAROLE MARY DECOURCEY** |
| | ) | **IN SUPPORT OF MOTION TO** |
| | ) | **VACATE ORDER GRANTING RELIEF** |
| Debtor. | ) | **FROM STAY** |

I, Carole Mary Decourcey, hereby declare as follows:

1.

I am the Debtor herein, and make this Declaration in support of the Motion to Vacate Order Granting Relief from Stay.

2.

I was informed by my attorney that ZBS Law, LLP claimed to have mailed two notices of default to me at my home address of 3240 SE Lewis CT, Troutdale, OR 97060: one on December 30, 2021 and one on January 5, 2022.

///

Page 1 of 2 – DECLARATION OF CAROLE MARY DECOURCEY IN SUPPORT OF MOTION TO VACATE ORDER GRANTING RELIEF FROM STAY

Todd Trierweiler & Associates – Attorneys at Law
4721 N.E. 102nd Avenue
Portland, Oregon  97220
Phone: 503/253-7777  —  Fax: 503/253-2959

Case 19-34411-pcm13    Doc 72    Filed 03/12/22

3.

As of the date of signing this Declaration, I have not received either of those notices in the mail, except for as an attachment to my service copy of the Declaration of Angela K. Viale re: Non-Cure of Breach of Order Granting Adequate Protection.

4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted this 11th day of March, 2022.



Carole Mary Decourcey
Debtor

**Page 2 of 2 – DECLARATION OF CAROLE MARY DECOURCEY IN SUPPORT OF MOTION TO VACATE ORDER GRANTING RELIEF FROM STAY**

Todd Trierweiler & Associates – Attorneys at Law
4721 N.E. 102nd Avenue
Portland, Oregon 97220
Phone: 503/253-7777 — Fax: 503/253-2959

Case 19-34411-pcm13    Doc 72    Filed 03/12/22

```
 1  TODD TRIERWEILER – OSB #85348
    Todd Trierweiler & Associates
 2  Attorneys at Law
    4721 N.E. 102nd Avenue
 3  Portland, Oregon  97220
    Phone:  503/253-7777
 4  Fax:  503/253-2959

 5  Attorney for Debtor

 6

 7

 8              IN THE UNITED STATES BANKRUPTCY COURT

 9                  FOR THE DISTRICT OF OREGON

10  In re:                        )
                                  )      **Case No. 19-34411-pcm13**
11  **CAROLE MARY DECOURCEY,**    )
                                  )      **CERTIFICATE OF SERVICE**
12                                )
                                  )
13                      Debtor.   )
    _____
14  CERTIFICATE OF SERVICE

15      I hereby certify that on March 12, 2022, I mailed true and

16  correct copies of the Motion to Vacate Order Granting Relief

17  from Stay, Declaration of Megan Rickert in Support of Motion to

    Vacate Order Granting Relief from Stay , and Declaration of
18
    Carole Decourcey Motion to Vacate Order Granting Relief from
19
    Stay for Carole Mary Decourcey, Case Number 19-34411-pcm13, to
20
    the following:
21
    Carole M. Decourcey
    3240 SE Lewis CT
22  Troutdale, OR  97060

23  ///

24  ///
```

**Page 1 of 2 – CERTIFICATE OF SERVICE**

Todd Trierweiler & Associates – Attorneys at Law
4721 N.E. 102nd Avenue
Portland, Oregon  97220
Phone:  503/253-7777   ·   Fax:  503/253-2959

Case 19-34411-pcm13    Doc 72    Filed 03/12/22

| | |
|---|---|
| 1 | U.S. Bank Trust National Assoc., et al. |
| 2 | Amber L. Labrecque |
| | 5 Centerpointe Dr., Suite 400 |
| 3 | Lake Oswego, OR  97035 |
| 4 | The following parties were served electronically: |
| 5 | Wayne Godare, Chapter 13 Trustee |
| | Portland, OR |
| 6 | |
| | US Trustee |
| 7 | Portland, OR |
| 8 | Amber L. Labrecque |
| 9 | Jeffrey Alan Myers |
| 10 | |
| 11 | DATED: March 12, 2022         /s/ Megan Rickert |
| |                                          Megan Rickert, Attorney |

**Page 2 of 2 – CERTIFICATE OF SERVICE**

Todd Trierweiler & Associates – Attorneys at Law
4721 N.E. 102nd Avenue
Portland, Oregon  97220
Phone:  503/253-7777   ·   Fax  503/253-2959

Case 19-34411-pcm13    Doc 72    Filed 03/12/22